UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA C. WILLIAMS,

                Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 5954 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 3, 2020, this Social Security matter, in which Plaintiff is proceeding pro se, was referred to me. (ECF No. 4). On April 6, 2021, the Commissioner filed the certified administrative record. (ECF No. 11). Pursuant to the Standing Order "Motions for Judgment on the Pleadings in Social Security Cases," 16-MC-0171 (Apr. 20, 2016), the Commissioner's Motion for Judgment on the Pleadings (the "Motion") was due by June 7, 2021. (ECF No. 3). At the Commissioner's request, the Court twice extended that deadline, most recently to July 21, 2021. (ECF Nos. 13, 15). To date, the Commissioner has neither filed its Motion nor requested an extension of the now-lapsed deadline to do so.

Accordingly, the Court sua sponte grants the Commissioner one further extension of the deadline to file its Motion, and orders as follows:

    1.    The Commissioner shall file its Motion by **August 5, 2021**;

    2.    Plaintiff shall file an answering brief by **October 4, 2021**; and

    3.    The Commissioner shall file its reply, if any, by **October 25, 2021**.

Dated:     New York, New York
               July 29, 2021

SO ORDERED

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**