UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA C. WILLIAMS,

                  Plaintiff,

- v -

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.

CIVIL ACTION NO.: 20 Civ. 5954 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

On August 9, 2021, the Court ordered the Commissioner to show cause (the "OTSC") why it has failed, without explanation, to comply with Court directives to file its motion for judgment on the pleadings (the "Motion"). (ECF No. 17). On August 13, 2021, the Commissioner filed its response to the OTSC (the "Response"). (ECF No. 18). The Commissioner explained the reason for its non-compliance with the Court's prior orders and requested leave to file its Motion, a copy of which is included with the Response. (Id. ¶ 2; ECF No. 18-1).

The Commissioner's Response resolves the OTSC. Accordingly, the Court orders as follows:

1. The Commissioner shall file its Motion by **August 17, 2021**;

2. Plaintiff shall file an answering brief by **October 18, 2021**; and

3. The Commissioner shall file its reply, if any, by **November 8, 2021**.

Dated:     New York, New York
            August 16, 2021

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge