UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAMELA WILLIAMS,

                         Plaintiff,

vs.                                                      Civil Action No.:
                                                          1:20-CV-05954-VSB-SLC

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                         Defendant.
------------------------------------------------------------X

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS**

     **PLEASE TAKE NOTICE** that upon all the prior proceedings heretofore filed, Plaintiff moves this Court, on submission, for an Order granting an enlargement of time of thirty (30) days to file Plaintiff's motion for judgment on the pleadings and memorandum of law in support in this matter, which is currently due on October 18, 2021.  This is Plaintiff's first request for an extension and is necessary due to an unexpected increase in counsel's case load and briefs due in a short window of time from cases that were delayed from timely processing during the beginning of the COVID-19 pandemic.

     Plaintiff has contacted counsel for Defendant who kindly consents to this motion.

Dated:  October 7 2021                              Respectfully submitted,

                                                            /s/ Charles E. Binder
                                                             Law Office of Charles E. Binder
                                                             and Harry J. Binder, LLP
                                                             485 Madison Avenue, Suite 501
                                                             New York, NY 10022
                                                             (212)-677-6801
                                                            Fax (646)-273-2196
                                                            fedcourt@binderlawfirm.com

---

Plaintiff's requested extension (ECF No. 23) is GRANTED. Plaintiff shall file her motion for judgment on the pleadings by **November 17, 2021**.  The Commissioner shall file its reply, if any, by **December 8, 2021**.

The Clerk of Court is respectfully directed to close ECF No. 23.

SO ORDERED     10/8/2021

*/s/ Sarah L. Cave/*
SARAH L. CAVE
United States Magistrate Judge