```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
PAMELA C. WILLIAMS,

                Plaintiff,

       -against-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-------------------------------------------------------------X

20 **CIVIL** 5954 (VSB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 11, 2022, the Court having reviewed Magistrate Judge Cave's thorough and well-reasoned Report and Recommendation for clear error and, after careful review, found none. Therefore, the Report and Recommendation is adopted in its entirety. The Commissioner's motion is GRANTED and Plaintiff's motion is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
         February 11, 2022

                                              **RUBY J. KRAJICK**
                                                 Clerk of Court
                       BY:
                                                  **Deputy Clerk**